UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Felicia Hankins
                                Plaintiff,

v.                                                          Case No.: 1:19–cv–00147
                                                            Honorable Edmond E. Chang

Alpha Kappa Alpha Sorority, Inc., et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 13, 2019:

      MINUTE entry before the Honorable Edmond E. Chang: Defendant Greenwell's extension motion [23] to answer is granted to 03/15/2019. The Court notes that the motion refers to Greenwell as an employee of Northwestern University, which was not clear to the Court based on the pleadings to date. Judge Chang teaches a civil rights litigation class at Northwestern University School of Law, approximately once per year. If the parties would like additional information on whether this poses a conflict of interest, the Court certainly invites inquiries. In any event, because the extension motion is unopposed, the motion is granted. The status hearing of 02/27/2019 remains as scheduled.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.