IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Felicia Hankins, Personal Representative of the Estate of Jordan Hankins, <br><br> Plaintiff, <br> v. <br><br> Alpha Kappa Alpha Sorority, Inc.; Alpha Kappa Alpha Sorority, Inc., Gamma Chi Chapter; Alpha Kappa Alpha Sorority, Inc., Delta Chi Omega Chapter; Kathy A. Walker Steele; Alexandria Anderson; Jalon Brown; Alexandria Clemons; Cariana Chambers; Raven Smith; Bianca Valdez; Ava Thompson Greenwell; and Ashanti Madlock-Henderson, <br><br> Defendants. | No. 19 CV 0147 |

**DEFENDANT ALPHA KAPPA ALPHA'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendant Alpha Kappa Alpha Sorority, Inc. moves, pursuant to Fed. R. Civ. 6(b), for an extension of time to respond to the Amended Complaint, and, in support of this motion, states as follows:

1. On January 8, 2019, Plaintiff filed this action naming 12 Defendants, including Alpha Kappa Alpha. (Dkt. 1.)

2. The 11-count, 253-paragraph complaint, is founded on diversity jurisdiction and asserts Illinois state law claims for wrongful death and survival (asserting sub-claims within those recognized causes of action for negligence, negligent entrustment, negligent supervision, intentional and negligent infliction of emotional distress).

3. The claims arise out of the alleged hazing and suicide of Jordan Hankins, a Northwestern University undergraduate student living in Evanston.

4. Plaintiff filed an amended complaint on January 24, 2019 that contained 16 counts and 253 paragraphs. (Dkt. 11.)

5. Plaintiff served 7 of the 12 Defendants.

6. Plaintiff has not yet served the five remaining Defendants.

7. Alpha Kappa Alpha waived service of process.

8. Alpha Kappa Alpha's responsive pleading is due March 12, 2019.

9. Alpha Kappa Alpha requests an additional two weeks, to March 26, 2019 to file its response.

10. Both of the attorneys for Alpha Kappa Alpha will be on trial in the Circuit Court of Cook County (*Forest Preserve District of Cook County v. Royalty Properties, LLC et al.*, No. 18 L 315) the week of February 25, 2019. Due to the extensive nature of the proceedings (the matter is nearly ten years old and was originally numbered as 09 CH 18291), counsel has needed to devote significant effort to trial preparation.

11. In addition, lead counsel for Alpha Kappa Alpha was on trial in the Northern District of Illinois (in the matter *United States v. Tracie Dickey*, No. 16 CR 475) the weeks of from February 4, 2019 until February 15, 2019.

12. This motion is made to provide sufficient time for counsel to prepare a response to the complaint and not for the purpose of delay.

13. Plaintiff will not be prejudiced by the granting of this motion because Defendant is requesting a two week extension and Plaintiff has yet to serve a number of the other Defendants.

14. Prior to filing this motion, counsel for Alpha Kappa Alpha spoke with counsel for Plaintiff about this request and the parties were unable to reach an agreement.

**WHEREFORE**, Defendant Alpha Kappa Alpha Sorority, Inc. requests that the Court grant it until March 26, 2019 to respond to the Amended Complaint and for such other and further relief as deemed appropriate under the circumstances.

Respectfully submitted,

**DEFENDANT ALPHA KAPPA ALPHA SORORITY, INC.**

By: /s/Christopher Carmichael
One of its Attorneys

Victor P. Henderson
Christopher W. Carmichael
**HENDERSON PARKS, LLC**
140 South Dearborn St., Suite 1020
Chicago, Illinois 60603
Telephone: (312) 262-2900
vphenderson@henderson-parks.com
ccarmichael@henderson-parks.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on **February 20, 2019** the foregoing Plaintiff's **Defendant Alpha Kappa Alpha's Motion for Extension of Time to Respond to the Complaint** was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois by filing through the CM/ECF system, which served a copy of the foregoing upon all counsel of record.

By:/s/Christopher Carmichael