IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Felicia Hankins, Person Representative )
Of the Estate of Jordan Hankins, )
)
)
Plaintiff, )
)
v. ) Case No.: 19-c-147
)
Alpha Kappa Alpha Sorority, Inc.; Alpha )
Kappa Alpha Sorority, Inc., Gamma Chi )
Chapter; Alpha Kappa Alpha Sorority, Inc., )   Judge Edmond E. Chang
Delta Chi Omega Chapter; Kathy A. Walker )
Steele; Alexandria Anderson; Jalon Brown; )
Alexandria Clemons; Cariana Chambers; )
Raven Smith; Bianca Valdez; )   FILED
Ava Thompson Greenwell; and Ashanti )
Madlock-Henderson. )   APR 19 2019
)
Defendants. )   THOMAS G. BRUTON
    CLERK, U.S. DISTRICT COURT

## DEFENDANT ALEXANDRIA C. CLEMONS' PETITION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND FOR APPOINTMENT OF COUNSEL

Defendant Alexandria C. Clemons moves for leave to proceed in forma pauperis and for appointment of counsel pursuant to 28 U.S.C. § 1915(a) and 1915(e)(1). In support thereof, I state as follows:

1.  In this lawsuit, the estate of Jordan Hankins alleges that Jordan Hankins committed suicide as a result of hazing that occurred at her sorority. I was a member of this sorority. In addition to suing the sorority, the estate also sued me.

2.  I am currently a law student living in Tulsa, Oklahoma. As such, I currently have no employment or other source of income and expect to graduate from law school in 2022 with six figures of debt.

1

3. As attested to and sworn to under oath in the attached In Forma Pauperis Application and Financial Affidavit ("Affidavit"), I have no assets or other money sufficient to pay defense counsel to defend me in this case. (Affidavit attached as Ex. 1.) I also am not aware of any liability insurance that would apply to defend me in this case.

4. Since I reside in Oklahoma and am a full-time student, it will also pose a substantial financial hardship if I am required to appear in court and otherwise travel to Chicago to appear for depositions and other discovery matters.

5. Due to the foregoing issues I do not have sufficient money to pay the costs and expenses necessary to proceed with my defense of this lawsuit.

6. For the same reasons I do not have sufficient money needed to pay counsel to defend me in this case. Without appointment of counsel I will be unable to adequately defend such a complex civil action as that involved here. This is especially true since I am a full-time student residing in Oklahoma who cannot readily attend court appearances or discovery matters such as depositions.

WHEREFORE, I respectfully request that the Court allow me to proceed in forma pauperis and appoint counsel to represent me in this case.

Respectfully submitted by,

*[signature]*
Alexandria C. Clemons *(Pro se)*

Alexandria C. Clemons
2830 E. 4th Place
Apartment #2037
Tulsa, OK 74104
(213) 595-4135
alexclemons.c@gmail.com
alexncollege@yahoo.com

# Exhibit 1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

**IN FORMA PAUPERIS APPLICATION AND FINANCIAL AFFIDAVIT**

Estate of Hankins
Plaintiff

Case Number: 19 C 147

v.

Judge: Edmond E. Chang

Alpha Kappa Alpha, et al.
Defendant(s).

**Instructions:** This application must be updated at least annually. Please answer every question. Do not leave any blanks. If the answer is "none" or "not applicable (N/A)," write that response. Wherever a box is included, place a ✓ in whichever box applies. If you need more space to answer a question or to explain your answer, attach an additional page that refers to each such question by number and provide the additional information. Please print or type your answers.

Application: I, Alexandria C. Clemons, declare that I am the ☐ plaintiff ☐ petitioner ☐ movant ☒ (other defendant) in the above-entitled case. This affidavit constitutes my application to proceed ☐ without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I declare that I am unable to pay the costs of these proceedings, and I believe that I am entitled to the relief sought in the complaint/petition/motion/appeal. I understand that the judge can grant my application, deny my application, or require that I pay a partial filing fee. In support of my application, I answer the following questions under penalty of perjury.

1. Are you currently incarcerated? ☐ Yes ☒ No
   (If "No" go to question 2.)
   ID #:_____ Name of prison or jail: _____
   Do you receive any payment from the institution? ☐ Yes ☐ No
   Monthly amount: _____

2. Are you currently employed? ☐ Yes ☒ No
   A. If the answer is "yes," state your:
      *Monthly* salary or wages: _____
      Name and address of employer: _____
   B. If the answer is "no," state your:
      Beginning and ending dates of last employment: _____
      *Last monthly* salary or wages: _____
      Name and address of employer: _____

3. Are you married? ☐ Yes ☒ No
   If the answer is "yes", is your spouse currently employed? ☐ Yes ☐ No

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 08/23/2018

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

*Spouse's Monthly* salary or wages:_____
      Name and address of employer: _____
_____

4. In addition to your income stated above in response to Question 2 (which you should not repeat here), have you or anyone else living at the same residence received more than $200 in the past twelve months from any of the following sources? Place a ✓ next to "Yes" or "No" in each of the categories A through G , check all boxes that apply in each category, and fill in the twelve-month total in each category.

   A. ☐ Salary or ☐ wages                                           ☐ Yes      ■ No
      Total received in the last 12 months: _____
      Received by: _____

   B. ☐ Business, ☐ profession or ☐ other self-employment    ☐ Yes      ■ No
      Total received in the last 12 months: _____
      Received by: _____

   C. ☐ Rental income, ☐ interest or ☐ dividends             ☐ Yes      ■ No
      Total received in the last 12 months: _____
      Received by: _____

   D. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life      ☐ Yes      ■ No
      insurance, ☐ disability, ☐ workers' compensation,
      ☐ alimony or maintenance or ☐ Settlement/Judgment or ☐ child support
      Total received in the last 12 months: _____
      Received by: _____

   E. ☐ Gifts or ☐ inheritances                                    ☐ Yes      ■ No
      Total received in the last 12 months: _____
      Received by: _____

   F. ☐ Unemployment, ☐ welfare, or ☐ any other public    ☐ Yes      ■ No
      assistance
      Total received in the last 12 months: _____
      Received by: _____

   G. ☐ Any other sources (describe source:_____) ☐ Yes      ■ No
      Total received in the last 12 months: _____
      Received by: _____

5. Do you or anyone else living at the same residence have more   ☐ Yes      ■ No
than $200 in cash or checking or savings accounts?
Total amount: _____
In whose name held:_____Relationship to you: _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 08/23/2018

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

6. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☐ Yes ☒ No
Property:_____Current value: _____
In whose name held:_____Relationship to you: _____

7. Do *you or anyone else living at the same residence* own any real estate (with or without a mortgage)? Real estate includes, among other things, a house, apartment, condominium, cooperative, two-flat, etc. ☐ Yes ☒ No
Type of property and address: _____
Current value:_____Equity:_____(Equity is the difference between what the property is worth and the amount you owe on it.)
In whose name held:_____Relationship to you: _____
Amount of monthly mortgage or loan payments: _____
Name of person making payments: _____

8. Do you or anyone else living at the same residence own any automobiles with a current market value of more than $1000? ☐ Yes ☒ No
Year, make and model: _____
Current value:_____Equity:_____(Equity is the difference between what the automobile is worth and the amount you owe on it.)
Amount of monthly loan payments: _____
In whose name held:_____Relationship to you: _____
Name of person making payments: _____

9. Do *you or anyone else living at the same residence* own any boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ☐ Yes ☒ No
Property:_____
Current value:_____Equity:_____(Equity is the difference between what the property is worth and the amount you owe on it.)
Amount of monthly loan payments: _____
In whose name held:_____Relationship to you: _____
Name of person making payments: _____

10. List the persons who live with you who are dependent on you for support. State your relationship to each person and state whether you are entirely responsible for the person's support or the specific monthly amount you contribute to his or her support. If none, check here: ☒ None.
I'm a single, unemployed, current college student surviving barely off of government student loans.
_____

11. List the persons who do not live with you who are dependent on you for support. State your relationship to each person and state how much you contribute monthly to his or her support. If none, check here: ☒ None.
_____
_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 08/23/2018

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.**

Date: APRIL 7, 2019

Signature of Applicant

ALEXANDRIA C. CLEMONS
(Print Name)

**NOTICE TO PRISONERS**: In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. As already stated, you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein,_____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit:_____. I further certify that during the past six months the applicant's average monthly deposit was $_____. (Add all deposits from all sources and then divide by number of months).

_____    _____
Date                    Signature of Authorized Officer

_____
(Print Name)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 08/23/2018