IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Felicia Hankins, Personal Representative of the Estate of Jordan Hankins,<br><br>      Plaintiff,<br><br>v.<br><br>Alpha Kappa Alpha Sorority, Inc.; Alpha Kappa Alpha Sorority, Inc., Gamma Chi Chapter; Alpha Kappa Alpha Sorority, Inc., Delta Chi Omega Chapter; Kathy A. Walker Steele; Alexandria Anderson; Jalon Brown; Alexandria Clemons; Cariana Chambers; Raven Smith; Bianca Valdez; Ava Thompson Greenwell; and Ashanti Madlock-Henderson,<br><br>      Defendants. | Case No. 19-cv-147<br><br>Judge Edmond E. Chang |

## DEFENDANT JALON BROWN'S OBJECTION TO ALLSTATE'S MOTION TO INTERVENE

Defendant, Jalon Brown, by her attorneys, objects to Allstate Insurance Company's Motion to Intervene (Dkt. 137) and, in support of her objection, states as follows:

1. On October 16, 2019, Allstate Insurance Company ("Allstate"), which is a potential insurer of Defendant Raven Smith, filed a Motion to Intervene. Allstate argues it has a substantial interest in the outcome of this case and should therefore be permitted to keep apprised of any developments in the case and to access to information obtained by the parties in discovery. *See* Dkt. 137. The Motion to Intervene has not been noticed for presentment to the Court.

2. On October 17, 2019, Defendant Bianca Valdez filed an Objection to Allstate's Motion to Intervene. Dkt. 139. Ms. Brown joins Ms. Valdez's Objection and adopts herein Ms. Valdez's stated basis for her Objection. As discussed in Ms. Valdez's Objection, Allstate has not shown a sufficient basis to intervene under Rule 24. Further, it is not in the parties' interest to have this litigation potentially complicated by coverage disputes that may arise between the many parties to this case and their respective insurance carriers.

WHEREFORE, Defendant, Jalon Brown, respectfully requests that this Court deny the Allstate Insurance Company's Motion to Intervene.

Date: October 21, 2019 By: s/*Molly E. Thompson*
One of the Attorneys for Defendant, Jalon Brown

Michael C. Borders
mborders@dykema.com
Molly E. Thompson
mthompson@dykema.com
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
312-876-1700

## CERTIFICATE OF SERVICE

  I hereby certify that on October 21, 2019, I electronically filed the foregoing **DEFENDANT JALON BROWN'S OBJECTION TO MOTION TO INTERVENE** in this matter via the Court's CM/ECF system which caused a true and correct copy of the above filing to be served on all parties that have appeared. Parties may access the within instrument through the Court's CM/ECF system

                       _s/Molly E. Thompson_

095876.003245  4850-5628-6378.2