**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Felicia Hankins

                        Plaintiff,

v.                                                  Case No.: 1:19−cv−00147

                                                 Honorable Edmond E. Chang

Alpha Kappa Alpha Sorority, Inc., Gamma Chi Chapter, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 27, 2023:

      MINUTE entry before the Honorable Edmond E. Chang: Defendant Alexandria Anderson having been dismissed with prejudice, R. 427, Defendant Anderson's motion for summary judgment [401] is terminated as moot. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.