IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Felicia Hankins, Personal Representative of the Estate of Jordan Hankins,<br><br>Plaintiff,<br><br>v.<br><br>Alpha Kappa Alpha Sorority, Inc., Gamma Chi Chapter; Alpha Kappa Alpha Sorority, Inc., Delta Chi Omega Chapter; Alexandria Anderson; Jalon Brown; Alexandria Clemons; Cariana Chambers; Raven Smith; Bianca Valdez; Ava Thompson Greenwell; and Ashanti Madlock-Henderson,<br><br>Defendants. | Case No. 19-147<br>Judge Edmond E. Chang<br>Magistrate Judge Heather McShain<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Minute Entry [#446], the parties provide this Joint Status Report to notify the Court that this case was settled in principle at mediation on June 21, 2023. Plaintiff anticipates filing a motion within the next two weeks seeking approval of the wrongful death settlement and distribution to the next of kin.

Dated: June 22, 2023

By:/s/ *Brandon E. Vaughn*
Brandon E. Vaughn, #0389110
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
612-349-8500
bvaughn@robinskaplan.com
*Attorneys for Plaintiff*

By:/s/ *Kevin J. Moore*
Kevin J. Moore, #6188724
Law Office of Kevin J. Moore, P.C.
4365 Lawn Avenue, Suite 7
Western Springs, IL 60558
708-246-1595
kevin@kjmoorelaw.com
*Attorneys for Defendant Bianca Valdez*

93975053.1

By:/s/ *Laura L. Buecker*
Andrew J. Roth, #6279716
Laura L. Buecker, #6326647
Heyl Royster Voelker & Allen
120 W. State Street, Second Floor
Rockford, IL 61101
aroth@heylroyster.com
lbuecker@heylroyster.com
*Attorneys for Defendant Gamma Chi Chapter*

By:/s/ *John J. Beribak*
John J. Beribak, #6269405
Charysh & Schroeder, Ltd.
33 N. Dearborn Street, Suite 1300
Chicago, IL 60602
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
jberibak@cslaw-chicago.com
*Attorneys for Defendant Delta Chi Omega Chapter*

By:/s/ *Scott R. Shinkan*
Scott R. Shinkan, #6290752
Clausen Miller P.C.
10 S. LaSalle Street
Chicago, IL 60603
312-606-7430
sshinkan@clausen.com
*Attorneys for Alexandria Clemons*

By:/s/ *Chad D. Kasdin*
Chad D. Kasdin, #6272503
Blair T. Titcomb, #6297766
Hinshaw & Culbertson LLP
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
312-704-3000
ckasdin@hinshawlaw.com
btitcomb@hinshawlaw.com
*Attorneys for Defendant Cariana Chambers*

93975053.1