# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Felicia Hankins

                          Plaintiff,

v.

Alpha Kappa Alpha Sorority, Inc., Gamma Chi Chapter, et al.

                          Defendant.

Case No.: 1:19−cv−00147

Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 22, 2023:

    MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 447, the parties have settled the case in principle at the mediation of 06/21/2023. The pretrial and trial deadlines and schedules are vacated. The Plaintiff's motion to seek approval and distribution is due on 07/12/2023 (but of course may be filed sooner). The tracking status hearing set for 07/07/2023 is reset to 07/21/2023 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). All now−pending motions are terminated without prejudice. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.