**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Felicia Hankins

                              Plaintiff,

v.                                                              Case No.: 1:19−cv−00147

                                                                         Honorable Edmond E. Chang

Alpha Kappa Alpha Sorority, Inc., Gamma Chi Chapter, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 3, 2023:

      MINUTE entry before the Honorable Edmond E. Chang: On a preliminary review of the amended motion 458 to approve settlement and disbursement, the Court is inclined to grant the motion as reflecting a fair and reasonable settlement and allocation. On or before 08/11/2023, the Plaintiff shall email to the Proposed Order account (1) an unredacted proposed order granting the motion (this version of the order will be filed under seal); and (2) a redacted proposed order granting the motion (this version of the order will be filed on the public docket), both in MS Word format. If the parties must make any updates to R. 454, 456, then the emailed versions shall reflect the updates. The Court will edit the orders and post final orders. The tracking status hearing of 08/04/2023 is reset to 08/18/2023 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). The original approval motion [455] was superseded by the amended motions, R. 457, 458, so R. 455 is terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.