**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Felicia Hankins, Personal Representative of the Estate of Jordan Hankins, <br><br> Plaintiff, <br><br> v. <br><br> Alpha Kappa Alpha Sorority, Inc., Gamma Chi Chapter; Alpha Kappa Alpha Sorority, Inc., Delta Chi Omega Chapter; Alexandria Clemons; Cariana Chambers; and Bianca Valdez, <br><br> Defendants. | Case No. 19-CV-147 <br><br> Judge Edmond E. Chang <br><br> Magistrate Judge Heather McShain <br><br> **UNDER SEAL** |

**ORDER**

The Plaintiff's unopposed Motion for Approval of Allocation of Proceeds of Settlement and Disbursements and Waiver of Hearing is pending before the Court. The Court has reviewed the motion, as well as the extensive filings (including the prior dismissal-motion filings and opinion, plus now the summary judgment filings), and hereby accordingly **ORDERS:**

1. Based on the consents of the next of kin, a hearing on the Motion is waived.

2. This Order is properly entered under seal in light of the settlement because it would otherwise disclose settlement amounts agreed-on between private parties, and disclosure would dissuade settlement in this case and in other cases. *See* Federal Rule of Evidence 611(a). The costs amounts are appropriately disclosed.

3.    The proposed settlement amount is a fair and reasonable. This was and is a very tough case on both sides. The tort theories of recovery when the decedent died by suicide set difficult standards to satisfy. At the same time, a finding of liability in favor of the Plaintiff would then expose the Defendants to a potentially very high damages verdict. On both sides, the expense of further litigation in fees, resources, and emotional costs would be significant. So, the combined risks of litigation and near-certain costs justify compromise by both sides.

4.    The proposed fees and costs represent a fair and reasonable amount. Given the litigation risks to the Plaintiff, the Plaintiff's attorneys faced similar risks of zero recovery, so the proportionate recovery for the attorneys is fair and reasonable. The Plaintiff's attorneys invested enormous time, energy, and exceptional skill in bringing and pursuing the case.

5.    The proposed allocation is likewise fair, reflecting a reasonable allocation among the surviving family members (the parents and sibling of the decedent), in a proportion that is generally reflective of family relationships. Also, there is no reason in the record to disrupt the agreed-on allocation that the family voluntarily entered into amongst themselves.

6.    Based on the consents of the next of kin, the allocation of proceeds of settlement and disbursements shall be allocated and disbursed as follows:

    a.    ████████ to Robins Kaplan, as and for attorneys' fees;

    b.    ███████ to Means Gillis/Gillis Law, as and for attorneys' fees, to be held in Robins Kaplan's Trust Account, pending the receipt of

2

a written agreement from Mr. Gillis and the Estate of Tyrone Means as to how the fees should be disbursed;

c.     ████████ to the estate of deceased attorney Thomas E. Vaughn;

d.     $114,573.39 to Robins Kaplan, as and for agreed-on costs;

e.     $151.97 to Means Gillis/Gillis Law, as and for costs, to be held in Robins Kaplan's Trust Account, pending the receipt of a written agreement from Mr. Gillis and the Estate of Tyrone Means as to how the costs should be disbursed;

f.     ████████ to Felicia Hankins and Walter Hankins, parents of decedent Jordan Hankins; and

g.     ████████ to Jared Hankins, brother of decedent Jordan Hankins.

7.     The Plaintiff is authorized to sign any documents necessary to effectuate the settlement and allocation of proceeds of settlement and disbursements of the recovered proceeds.

8.     The Court thanks the magistrate judge for her exception supervision of discovery and various settlement efforts in this case.

ENTERED:

                    s/Edmond E. Chang
                    Honorable Edmond E. Chang
                    United States District Judge

DATE: August 24, 2023

3